204 So.2d 575

**TRINITY UNIVERSAL INSURANCE COMPANY**

v.

**William S. GOOD, Jr. and Donald E. Dahl.**

No. 48970.

Dec. 11, 1967.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

204 So.2d 576

**Anthony CACIOPPO**

v.

**Warren A. DOLL.**

No. 48971.

Dec. 11, 1967.

Writ refused. On the facts found by the Court of Appeal the result is correct.